JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD PRUDHOMME, an Individual; | Case No. 2:25-cv-00267-RFB-DJA |
| Plaintiff, | |
| SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation doing business as SMITH'S FOOD AND DRUG; DOE EMPLOYEE I; DOES II - X, inclusive and ROE CORPORATIONS I - X, inclusive; | **STIPULATION FOR DISMISSAL** <u>**WITH PREJUDICE**</u> |
| Defendants. | |

WHEREAS, all Parties and their counsel have agreed upon a full and settlement of the above-captioned matter:

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. and Scott L. Stonehocker, Esq., of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Ryan Alexander, Esq. and Noah A. Duran, Esq. of the law firm RYAN ALEXANDER, CHTD. as counsel of record for Plaintiff RONALD PRUDHOMME as follows:

1.     That the claims herein of Plaintiff RONALD PRUDHOMME against all Defendants including, but not limited to, Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

NG-C2N3CBX6 4923-1840-0170.1

2.    That any and all dates remaining on the docket be vacated.

**IT IS SO STIPULATED.**

Respectfully submitted this 15th day of May, 2026.

**RYAN ALEXANDER, CHTD.**                **COOPER LEVENSON, P.A.**

*/s/ Noah A. Duran*                              */s/ Jerry S. Busby*
Ryan Alexander, Esq.                           Jerry S. Busby, Esq.
Nevada Bar No. 10845                          Nevada Bar No. 001107
Noah A. Duran, Esq.                            Scott L. Stonehocker, Esq.
Nevada Bar No. 15033                          Nevada Bar No. 005512
3017 West Charleston Boulevard, Suite 10      3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102                       Las Vegas, Nevada 89102
(702) 333-8888                                (702) 366-1125
Attorneys for Plaintiff                        Attorneys for Defendant
RONALD PRUDHOMME                              SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

**IT IS SO ORDERED.**

 **DATED**: May 18, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

NG-C2N3CBX6 4923-1840-0170.1

2